IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PETER P. MITRANO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and KERI A. ADORISIO,<br><br>Defendants. | CV 16-00013-BMM-JTJ<br><br><br><br>ORDER |

Upon Plaintiff's motion for extension of time to objection to the findings and recommendations of the Magistrate Judge, (Doc. 25) and with good cause shown, **IT IS HEREBY ORDERED** that the Plaintiff has until **January 15, 2017** to file his objections to the findings and recommendations, (Doc. 24)

DATED this 15th day of December, 2016.

Brian Morris
United States District Court Judge