UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PETER P. MITRANO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>and KERI A. ADORISIO,<br><br>    Defendant. | Case No. CV-16-13-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED

  1. Defendants' Motion to Dismiss (Doc. 9) is GRANTED.

  2. Plaintiff's Complaint (Doc. 1) is DISMISSED for lack of subject matter jurisdiction.

Dated this 7th day of February, 2017.

        TYLER P. GILMAN, CLERK

        By: /s/ Athena Cobb
        Athena Cobb, Deputy Clerk